# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**PAULINE KEITH**                                                                                    **PLAINTIFF**

**v.**                                          **No. 2:24-cv-176-DPM**

**SOCIAL SECURITY
ADMINISTRATION,
Commissioner**                                                                                   **DEFENDANT**

## ORDER

No one has objected Magistrate Judge Kearney's Recommended Disposition, *Doc. 15*. After reviewing for clear errors of fact on the face of the record, and for legal error, the Court adopts the recommendation. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes); *Austin v. Kijakazi*, 52 F.4th 723, 728 (8th Cir. 2022).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 April 2025