# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**PAULINE KEITH**                                                                                       **PLAINTIFF**

**v.**                                          **No. 2:24-cv-176-DPM**

**SOCIAL SECURITY
ADMINISTRATION,
Commissioner**                                                                                      **DEFENDANT**

## JUDGMENT

The Commissioner's decision is reversed, and Keith's claim is remanded for further administrative review. This is a "sentence four" remand under 42 U.S.C. § 405(g). *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101–02 (1991).

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>21 April 2025</u>