IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**PAULINE KEITH**                                                                                    **PLAINTIFF**

v.                                       No. 2:24-cv-176-DPM

**SOCIAL SECURITY
ADMINISTRATION,
Commissioner**                                                                                 **DEFENDANT**

## ORDER

Itemized bill, *Doc. 21-1*, received with thanks. The hours billed and fee requested are reasonable. Motion, *Doc. 19*, granted. The Court awards $8,500 as an attorney's fee. 28 U.S.C. § 2412(d). The check must be made payable to Keith. And it should be mailed to Keith's lawyer.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 May 2025